EFFIE FISHER, Appellant, *v.* ISAAC FISHER, Defendant, and CHARLES H. HULETT, as Administrator of the Estate of ABRAM FELKER, et al., Respondents.

*Fisher* v. *Fisher,* 184 App. Div. 930, affirmed.

(Argued December 4, 1919; decided January 13, 1920.)

APPEAL from a judgment, entered June 7, 1918, upon an order of the Appllate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to partition real property. Plaintiff claimed title under an alleged oral agreement whereby she was to have the property in return for certain services to be performed for the then owner. The defendants, respondents, are heirs and next of kin of said owners now deceased, and claim the property by right of descent. The Appellate Division held: " 1. That the finding of the making of a contract is not supported by such clear and convincing evidence as is required under the rule applicable to cases of this nature. 2. That even if such contract was made, the evidence is insufficient to show a performance by plaintiff."

*Edward W. Cregg* for appellant.

*Charles T. Ennis* and *Myric M. Kelly* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ.